UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
BARON CHISOLM-LUCAS, individually and on
behalf of all others similarly situated,

                Plaintiff,                           JUDGMENT
                                                                        23-cv-5177 (BMC)

     v.

AMERICAN AIRLINES, INC.,

                Defendant.
------------------------------------------------------------ X

A Memorandum, Decision, and Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on August 5, 2025, granting American's motion for summary judgment; it is

        ORDERED and ADJUDGED that American's motion for summary judgment is granted.

Dated: Brooklyn, NY                                                Brenna B. Mahoney
       August 6, 2025                                          Clerk of Court

                                                                    By: */s/Jalitza Poveda*
                                                                        Deputy Clerk